FREDERICK W. BOELSEN, Appellant, v. RUTH L. BOELSEN, Respondent. (Appeal No. 2.) — In an action for divorce, order granting defendant's motion to take the depositions of certain witnesses upon written interrogatories in Florida and in California affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur. [182 Misc. 361.]

ELSIE N. BRIGGS et al., as Executors of LUELLA R. BRIGGS, Deceased, Respondents, v. THEODORE B. SMITH, as Administrator of the Estate of BERTHA M. B. SMITH, Deceased, et al., Defendants, and THEODORE B. SMITH, Individually, Defendant-Appellant.— In an action to foreclose a mortgage on real property, defendant Smith, individually, appeals from an order granting plaintiffs' motion for summary judgment under rule 113 of the Rules of Civil Practice. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ., concur.

EDGAR COLE, Appellant, v. IVY CHAMPION, Respondent.— In an action to set aside a deed on the ground of fraud, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty. Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *post*, p. 986.]

ANNE DUBETSKY et al., Appellants, v. 42ND STREET MANHATTAN AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent.— In an action by plaintiff wife to recover damages for personal injuries and by her husband for loss of services and for medical expenses, plaintiffs, on the ground of inadequacy, appeal from a judgment in their favor. Judgment unanimously affirmed, with costs. The record establishes that there was a sharp conflict of fact as to whether or not the accident was the proximate cause of plaintiff wife's condition. Under such circumstances, it was the function of the jury to determine the amount of the damages suffered. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

LOUISE ENNULAT et al., Respondents, v. ZONE OIL CORPORATION et al., Appellants.— Action by plaintiff wife to recover damages for personal injuries sustained in a collision between the car in which she was riding, driven by defendant Burkard, and a truck owned by defendant Zone Oil Corporation and operated by defendant Bowman; and companion action by plaintiff husband for medical expenses and loss of services. Judgment for plaintiffs, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ.

VERA HARTIG et al., Respondents, v. BROOKLANDS, INC., et al., Appellants.— Action by plaintiff wife to recover damages for personal injuries, and by plaintiff husband for expenses and loss of services. Resettled order setting aside the verdict of a jury in favor of defendants and granting a new trial on the ground that the court had committed error in ruling upon evidence, to the prejudice of plaintiffs, unanimously affirmed, with costs. No opinion. Appeal from original order of January 7, 1944, dismissed, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.